

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 29, 2023

**By Email**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Vincens Vuktilaj*, 23 Mag. 2346

Dear Judge Krause,

    In light of the presentment today of the defendant, Vincens Vuktilaj, in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
    Ben Arad
    Assistant United States Attorney
    (914) 993-1907

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: March 29, 2023